*held 10:15 - #:45*
*3 hrs 30 min*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Holly B. Fitzsimmons, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

October 23, 2003

10:00 a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

CASE NO. **3:01cv1126   Ellis v. Metro North**

George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


William W. Cobb
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079


Brian M. Molinari
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079


Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK