UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Thomas Ellis

V.                               Case Number:  3:01cv1126 AHN

Metro-North Railroad

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>October 23, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 22, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 20, 2003.

        KEVIN F. ROWE, CLERK

    By: _____
        Diane Kolesnikoff
        Deputy Clerk