UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 21 P 3:58

US DISTRICT COURT
BRIDGEPORT CT

THOMAS ELLIS                              :

    v                              :      3:01-cv-1126 (AHN)

METRO NORTH RAILROAD                      :

## J U D G M E N T

Notice having been sent to counsel of record on November 20, 2003 by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before November 22, 2003 and

No closing papers or further requests for action having been received within the time specified, therefore,

It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 21st day of January, 2004.

KEVIN F. ROWE, CLERK

By _____
Deputy Clerk

Entered on Docket          ,2004